HELEN C. FLAWS ET AL. *v.* BRUCE D. TYLER ET AL.
(9840)

DALY, FOTI and LAVERY, Js.

Submitted on briefs October 3—decision released October 22, 1991

*James W. Sherman,* for the appellants (defendant Robert Blake et al.).

*John H. Parks,* for the appellees (plaintiffs).

PER CURIAM. The judgment is affirmed.